

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00302-CV

_____

IN THE INTEREST OF E.P.-M., A CHILD

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-17-0143

Before Gabriel, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 9, 2018, we notified appellant C. J.-M. that his appellant's brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss his appeal for want of prosecution unless, by November 19, 2018, he filed with the court his appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received a response.

Because appellant C. J.-M.'s brief has not been filed, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).p

Per Curiam

Delivered: November 29, 2018